In the Matter of the Estate of JULIA R. SMALL, Deceased. JAMES GIBB, as Executor of JULIA R. SMALL, Deceased, et al., Appellants; B. OTTO JACOBSEN, as Ancillary Executor of JULIA R. SMALL, Deceased, Respondent.

Argued April 16, 1953; decided June 4, 1953.

*Sydney J. Schwartz,* appellant in person, and *Barnett Hollander* for James Gibb, appellant.

*Atwood C. Wolf, Jr., William F. Bleakley* and *Cyril Crimmins* for respondent.

Order affirmed, with costs to respondent payable by appellants personally; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.